UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          Case No.: 21-10751-AJC
Adniel Leon,
       Debtor(s).                                              Chapter 13
_____/

## EX PARTE AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 2091-1(B) and Local Rule 9013-1(C)(22), the following hereby stipulate and agree to the appointment of attorney, JOSE A. BLANCO, from the firm of JOSE A. BLANCO, P.A., as the attorney of record for the Debtor(s), Adniel Leon, and the removal of ROBERT SANCHEZ, as counsel for the Debtor(s). There are no further attorney's fees and costs that are due to Robert Sanchez. Robert Sanchez herein assigns the balance of his attorney's fees and costs that would have been paid through the plan to Jose A. Blanco. The Debtor herein agrees to this Stipulation of Counsel and agrees to transfer the remaining in-plan balance, as well as any earned yet unpaid fees, to Jose A. Blanco.

Dated: May 8, 2021                                              Dated: May 8, 2021

_____                                      _____
Robert Sanchez Esq.                                             Jose A. Blanco, Esq.
Florida Bar No. 0442161                                         Florida Bar No. 062449
**Robert Sanchez, P.A.**                                        **Jose A. Blanco, P.A.**
355 W 49th Street                                               355 W 49th Street
Hialeah, Florida 33012                                          Hialeah, Florida 33012
Tel. (305) 687-8008                                             Tel. (305) 349-3463

_____
Debtor(s): Adniel Leon