

ORDERED in the Southern District of Florida on May 12, 2021.

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

CASE NO. 21-10751-AJC

ADNIEL LEON,

Chapter 13

    Debtor.
_____/

### AGREED ORDER SUBSTITUTING COUNSEL FOR DEBTOR

**THIS CAUSE** came before the Court upon the Agreed Stipulation for Substitution of Counsel for Debtor. The Court being fully advised in the premises it is

**ORDERED AND ADJUDGED:**

The Stipulation is **APPROVED**. Jose A. Blanco is substituted as counsel of record for Debtor, Adniel Leon. Robert Sanchez is withdrawn as counsel of record for Debtor herein and relieved of further responsibility in connection herewith. The balance of attorney's fees and costs in the Plan and any earned but unpaid fees are to be paid to Debtor's attorney, Jose A. Blanco. However, no fees are allowed above the safe harbor limit unless an Order approving of such fees has been entered.

# # #

Copy to:
Jose A. Blanco, Esquire
355 West 49 Street,
Hialeah, FL 33012
Attorney Jose A. Blanco is directed to serve a copy of this order upon all interested parties and file a certificate of service conforming with Local Rule 2002-1(f).